1 | E. MARTIN ESTRADA
United States Attorney
2 | DAVID M. HARRIS
Assistant United States Attorney
3 | Chief, Civil Division
JOANNE S. OSINOFF
4 | Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
5 | JILL S. CASSELMAN (Cal. Bar No. 266085)
Assistant United States Attorney
6 |      Federal Building, Suite 7516
     300 North Los Angeles Street
7 |      Los Angeles, California 90012
     Telephone: (213) 894-0165
8 |      Facsimile: (213) 894-7819
     Email: Jill.Casselman@usdoj.gov
9 | Attorneys for Plaintiff Julie A. Su

10 | LAURENCE S. ZAKSON (SBN 119435)
Email: laurencez@rac-law.com
11 | ARTHUR N. FOUR (SBN 311716)
Email: arthurf@rac-law.com
12 | REICH, ADELL & CVITAN,
A Professional Law Corporation
13 | 330 N. Brand Blvd., Suite 250
Glendale, California 91203
14 | Telephone: (213) 386-3860
Facsimile: (213) 386-5583
15 |
Attorneys for Defendant International Union
16 | of Elevator Constructors, Local 18

17 | UNITED STATES DISTRICT COURT

18 | FOR THE CENTRAL DISTRICT OF CALIFORNIA

19 |
JULIE A. SU[1], Secretary of Labor, United | No. 2:22-cv-01740-MAA
20 | States Department of Labor,
21 |                                    **STIPULATION RE SETTLEMENT**
22 |      Plaintiff,
23 |          v.
24 | INTERNATIONAL UNION OF
ELEVATOR CONSTRUCTORS,
25 | LOCAL 18,
26 |      Defendant.
27 |
28 |      [1] Martin J. Walsh departed the Department of Labor on March 10, 2023. Julie A. Su is now Acting Secretary of Labor. This action proceeds in Su's name as a substituted party, See Fed. R. Civ. P. 25(d).

This Stipulation Re: Settlement ("Stipulation") is entered into between Plaintiff Julie A. Su, Acting Secretary of the United States Department of Labor ("Secretary" or "Plaintiff"), and International Union of Elevator Constructors, Local 18 ("Local 18" or "Defendant") (collectively, the "Parties"). The Parties have filed herewith a Request to Dismiss Action. Further, the Parties hereby agree to the entry of the [Proposed] Order Dismissing Action filed concurrently with this Stipulation.

The Parties have entered into a Settlement Agreement providing for dismissal of this action with prejudice and further providing for this Court to retain jurisdiction for purposes of: (1) enforcing the Settlement Agreement, and (2) Court issuance of an appropriate decree regarding the certification of the June 2024 supervised election. A sample decree is attached to this Stipulation. After completion of the supervised election and resolution of any disputes or challenges, the Secretary will promptly certify to the Court the names of the persons elected to serve as the duly elected officers of Local 18, and that the supervised election was conducted in accordance with Title IV of the LMRDA and, insofar as lawful and practicable, except as otherwise provided herein, in accordance with the provisions of the Defendant's constitutions and bylaws.

The Parties further stipulate that upon approval of the certification, the Court shall enter a final judgment declaring that such persons have been elected as shown by the certification, in accordance with Title IV of the LMRDA (29 § U.S.C. 481-83). Each party shall bear its own fees, costs and other expenses incurred by such party in connection with this proceeding up to and including the date of entry of the final

1

judgment.

   IT IS SO STIPULATED.

Dated: August 7, 2023

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation
Section

   /s/ Jill S. Casselman
JILL S. CASSELMAN
Assistant United States Attorney

Attorneys for Plaintiff Julie A. Su

Dated: August 7, 2023

REICH, ADELL & CVITAN, APC

Laurence S. Zakson
Arthur N. Four

Attorneys for Defendant International Union
of Elevator Constructors, Local 18

Dated: August 7, 2023

Representative for Defendant International
Union of Elevator Constructors, Local 18

2