1  E. MARTIN ESTRADA
   United States Attorney
2  DAVID M. HARRIS
   Assistant United States Attorney
3  Chief, Civil Division
   JOANNE S. OSINOFF
4  Assistant United States Attorney
   Chief, Complex and Defensive Litigation Section
5  JILL S. CASSELMAN (Cal. Bar No. 266085)
   Assistant United States Attorney
6       Federal Building, Suite 7516
        300 North Los Angeles Street
7       Los Angeles, California 90012
        Telephone: (213) 894-0165
8       Facsimile: (213) 894-7819
        Email: Jill.Casselman@usdoj.gov
9
   Attorneys for Plaintiff Julie A. Su
10
   LAURENCE S. ZAKSON (SBN 119435)
11 Email: laurencez@rac-law.com
   ARTHUR N. FOUR (SBN 311716)
12 Email: arthurf@rac-law.com
   REICH, ADELL & CVITAN,
13 A Professional Law Corporation
   330 N. Brand Blvd., Suite 250
14 Glendale, California 91203
   Telephone: (213) 386-3860
15 Facsimile: (213) 386-5583

16 Attorneys for Defendant International Union
   of Elevator Constructors, Local 18
17
                    UNITED STATES DISTRICT COURT
18
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
19

20 JULIE A. SU[1], Secretary of Labor, United       No. 2:22-cv-01740-MAA
   States Department of Labor,
21
                                                     **REQUEST TO DISMISS ACTION**
22           Plaintiff,

23              v.                                    Honorable Maria A. Audero

24 INTERNATIONAL UNION OF
   ELEVATOR CONSTRUCTORS,
25 LOCAL 18,

26           Defendant.

27
        [1] Martin J. Walsh departed the Department of Labor on March 10, 2023. Julie A.
28 Su is now Acting Secretary of Labor. This action proceeds in Su's name as a substituted
   party, See Fed. R. Civ. P. 25(d).

IT IS HEREBY STIPULATED by and between the parties, that the Parties request the Court to dismiss the above-captioned action with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, each side to bear its own costs, fees, and expenses.

It is further stipulated and requested that the Court shall retain jurisdiction solely for purposes of enforcing the Parties' Settlement Agreement, including Court issuance of an appropriate decree regarding the certification of the June 2024 election under the supervision of the Secretary, as set forth in the Stipulation Re: Settlement dated August 7, 2023 (ECF No. 41).

Dated: August 23, 2023

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

*/s/ Jill S. Casselman*
JILL S. CASSELMAN
Assistant United States Attorney

Attorneys for Plaintiff Martin J. Walsh

Dated: August 23, 2023

Respectfully submitted,

REICH, ADELL & CVITAN, APC

*/s/ Laurence S. Zakson*
Laurence S. Zakson
Arthur N, Four

Attorneys for Defendant International Union of Elevator Constructors, Local 18

1