UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE A. SU[1], Secretary of Labor, United States Department of Labor,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>INTERNATIONAL UNION OF ELEVATOR CONSTRUCTORS, LOCAL 18,<br><br>　　　　　　Defendant. | No. 2:22-cv-01740-MAA<br><br>**ORDER DISMISSING ACTION**<br><br>Hon. Maria A. Audero |

　　　Pursuant to the Request to Dismiss Action and the Stipulation Re: Settlement ("Stipulation") (ECF 41 and 42), IT IS HEREBY ORDERED:

　　　1. Plaintiff's action is dismissed in its entirety with prejudice;

　　　2. Each party shall bear its own costs of suit and attorneys' fees; and

　　　3. The Court retains exclusive jurisdiction for purposes of enforcing the Settlement Agreement, including Court issuance of an appropriate decree regarding the certification of the June 2024 election under the supervision of

---

[1] Martin J. Walsh departed the Department of Labor on March 10, 2023. Julie A. Su is now Acting Secretary of Labor. This action proceeds in Su's name as a substituted party, See Fed. R. Civ. P. 25(d).

1

the Secretary, as set forth in the Stipulation re Settlement and the Request to Dismiss Action.

Dated: August 25, 2023

_____
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE