IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE A. SU[1], Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL UNION OF ELEVATOR CONSTRUCTORS, LOCAL 18,<br><br>Defendant. | No. 2:22-cv-01740-FMO-MAA |

## CERTIFICATION OF ELECTION BY UNITED STATES DEPARTMENT OF LABOR

The election having been conducted in the above matter under the supervision of the Secretary of Labor, United States Department of Labor, pursuant to the Court's Order Dismissing Action, including that the Court retains exclusive jurisdiction for issuance of an appropriate decree regarding the certification of the June 2024 supervised election, entered August 25, 2023, in the United States District Court for the Central District of California, in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. §§ 481-483), and in conformity with the constitution and bylaws of the defendant labor organization, insofar as lawful and practicable, therefore:

---

[1] Martin J. Walsh departed the Department of Labor on March 10, 2023. Julie A. Su is now Acting Secretary of Labor. This action proceeds in Su's name as a substituted party. See Fed. R. Civ. P. 25(d).

1

Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 482(c)), and the authority delegated to me,

IT IS HEREBY CERTIFIED that the following named candidates have been duly elected to the offices designated:

| | |
|---|---|
| President | Chad Webber |
| Vice President | Christopher "Chris" Ramirez |
| Recording Secretary | Steven Morales |
| Financial Secretary | Miguel "Mike" Henderson |
| Treasurer | Kenneth "Ken" Michalik |
| Trustee | Jesse T. Trejo Jr. |
| Warden | Basil Johnson |
| Business Manager | John "Chris" Doherty |
| Executive Board (3) | Basil Johnson III |
| | Bradley "Brad" McKee |
| | Tanja Touch |
| Journal Correspondent | Kenneth "Ken" Michalik[2] |

---

[2] All positions except for Journal Correspondent are covered by the Labor-Management Reporting and Disclosure Act ("LMRDA"), but the Journal Correspondent position was run concurrently. It is not an LMRDA-covered officer position, so it did not need to be listed in the Court's decree.

2

Signed this 26th day of August 2024.

_____
Molly Wagoner, Acting Chief
Division of Enforcement
Office of Labor-Management Standards
United States Department of Labor