IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE A. SU[1], Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL UNION OF ELEVATOR CONSTRUCTORS, LOCAL 18,<br><br>Defendant. | No. 2:22-cv-01740-FMO-MAA |

## DECLARATION OF MOLLY WAGONER

I, Molly Wagoner, am the Acting Chief of the Division of Enforcement, Office of Labor-Management Standards ("OLMS"), United States Department of Labor ("Department"). The Department supervised an election of officers of the International Elevator Constructors Union, Local 18 ("IUEC Local 18"), which was held on June 12, 2024, pursuant to a Stipulation Re: Settlement on August 7, 2023, and Order Dismissing Action entered August 25, 2023, by the Court, including that the Court retains exclusive jurisdiction for issuance of an appropriate decree regarding the certification of the June 2024 election ("the supervised election").

OLMS received one pre-election protest. OLMS investigated and resolved that

---

[1] Martin J. Walsh departed the Department of Labor on March 10, 2023. Julie A. Su is now Acting Secretary of Labor. This action proceeds in Su's name as a substituted party, See Fed. R. Civ. P. 25(d).

protest prior to the election and its certification, as described below. The supervised election included elections for the positions of President, Vice President, Recording Secretary, Financial Secretary, Treasurer, one Trustee, Warden, Business Manager, three Executive Board seats, and Journal Correspondent.[2]

**A. Election Process**

On March 20, 2024, OLMS held a pre-election conference to establish the supervised election rules. All interested parties were invited to attend, including union officers, election committee members, and IUEC Local 18 union members. On March 27 and 29,[3] 2024, the combined notice of nominations/election was mailed to all members. It was also posted on the IUEC Local 18 website and on IUEC Local 18 Facebook and Instagram accounts, on March 25, 2024. The combined notice informed members that ballots would be mailed on May 14, 2024. It included information on how to request a replacement ballot if members had not received a ballot by May 20, 2024. The combined notice also listed the deadline to request replacement ballots as June 7, 2024, and the tally date as June 12, 2024.

On April 10, 2024, Local 18 held the nominations meeting at its office, 2011 East Financial Way, in Glendora, California. OLMS Election Supervisor Phoenix Beausoleil

---

[2] All positions except for Journal Correspondent are covered by the Labor-Management Reporting and Disclosure Act ("LMRDA"), but the Journal Correspondent position was run concurrently.

[3] The mailing on March 29, 2024 was to additional honorary-retired and retired members not included in the March 27 mailing.

("Election Supervisor Beausoleil") supervised the nominations meeting. At the meeting, IUEC Local 18 President, Chad Webber, announced the names of the Election Committee members and alternates. In accordance with Article 6, Section 10 of IUEC Local 18's Constitution and Bylaws, the Local's Trustees served as members of the Election Committee, with the most senior Trustee serving as Election Committee Chair.

On April 11, 2024, OLMS Election Supervisor Beausoleil and Investigator Robert Humphrey met with Trustee and Election Chair Greg Martin and Trustee Leo Garcia to verify nominees' eligibility. They determined that all nominees were in good standing and eligible. Election Supervisor Beausoleil notified nominees of their eligibility status by letter, mailed April 11, 2024. In response to an objection by the union, described in detail below, OLMS determined that one candidate, Eric Stern was a licensed contractor and an employer and therefore ineligible. OLMS notified Stern of his ineligibility by letter, mailed April 19, 2024. On April 16, 2024, Election Supervisor Beausoleil met with all interested candidates to discuss rules, inspection of the Local membership list, distribution of campaign literature, and observers.

IUEC Local 18 contracted with the California Elections Company ("CEC") to handle the printing, mailing, and tally of ballots. Election Supervisor Beausoleil oversaw the printing, acquisition, custody, control, and distribution of ballots, all on May 14, 2024. From May 20 to June 7, 2024, members had the opportunity to request replacement ballots by contacting Election Supervisor Beausoleil. CEC then updated their list and mailed replacement ballot packages to those members.

IUEC Local 18 used two Post Office (P.O.) boxes: P.O. Box 1328, Glendora, California, for returned voted ballots, and P.O. Box. 4015, San Dimas, California for undeliverable ballot packages. Election Supervisor Beausoleil periodically checked the P.O. box for undeliverable ballot packages, retrieving in total 14 undeliverable ballot packages and 1 duplicate ballot package. CEC found correct addresses for all members on the eligibility list, except for 2 members who were deceased, and 1 to whom they made multiple unsuccessful attempts to contact to obtain his address. CEC mailed 11 undeliverable ballot packages to correct addresses and sent 6 replacement ballots.

On June 12, 2024, at approximately 12:30 p.m., IUEC Local 18 picked up ballot envelopes from P.O. Box 1328 at the Glendora Post Office, 255 S. Glendora Ave., Glendora, California. Local 18 and CEC then conducted the ballot tally at approximately 1:00 p.m. CEC representative and election committee members sorted the return envelopes alphabetically/numerically, then checked the return envelopes against the membership eligibility list to verify voter eligibility. There were 729 total ballot packages at the tally, 14 of which were voided: 11 from probationary members who lack voting rights, and 3 ballots from members who delivered their ballots directly to the local office instead of mailing to the Post Office for processing, as the election rules required.

After the tally was completed, IUEC Local 18 counted 715 total votes. The complete results were as follows:

| Office | Candidate | Votes | Margin |
| --- | --- | --- | --- |

3

| President | **Chad Webber\*** | 426 | N/A |
|---|---|---|---|
| Vice President | **Christopher "Chris" Ramirez** | 414 | N/A |
| Recording Secretary | **Steven Morales** | 405 | N/A |
| Financial Secretary | **Miguel "Mike" Henderson** <br><br> Joseph "The Boz" Boswell | 340 <br><br><br> 274 | 66 |
| Treasurer | **Kenneth "Ken" Michalik** | 407 | N/A |
| Trustee | **Jesse T. Trejo Jr.** <br><br> Brett Christensen <br><br> Jason Whitton <br><br> Laura McCullough | 172 <br><br> 159 <br><br> 143 <br><br> 120 | 13 |
| Warden | **Basil Johnson** <br><br> Ethan Nicols <br><br> Natalie Montoya <br><br> Timothy "Tim" Castrejon | 324 <br><br> 121 <br><br> 116 <br><br> 57 | 203 |
| Business Manager | **John "Chris" Doherty** <br><br> Anthony "Tony" Gazzaniga | 367 <br><br> 333 | 34 |
| Executive Board (3) | **Basil Johnson III** <br><br> **Bradley "Brad" McKee** | 224 <br><br> 218 | |

4

| | | | |
|---|---|---|---|
| | **Tanja Touch** | 191 | |
| | Eugene "Joe" Orrico | 185 | 6 |
| | Chad Green | 168 | |
| | Trevor Vanderwal | 159 | |
| | Ignacio "Iggy" Arreola | 144 | |
| | Michael "Mike" Porpora | 133 | |
| | Kourtny Trejo | 131 | |
| | Adam Kurtz | 130 | |
| | Steven "Steve" Watkins | 89 | |
| | Holly "Schultz" Wingo | 54 | |
| Journal Correspondent[4] | Kenneth "Ken" Michalik | 454 | N/A |

\* **Bolded** name denotes winner.

IUEC Local 18 announced the election results immediately following the tally, emailed them to the membership, and read the results aloud at the June 12, 2024 general membership meeting. The winning candidates were installed on June 12, 2024, in accordance with the general rules established at the pre-election conference.

**B. Pre-Election Protest**

OLMS received one pre-election protest from Attorney Laurence Zakson, on behalf of IUEC Local 18, on April 15, 2024. The Department investigated the allegation

---

[4] *See* Footnote 2, *supra*.

5

in the protest as described below.

Allegation: Eric Stern, who was nominated for Financial Secretary, was ineligible to be a candidate or hold an election position in IUEC Local 18, due to a constitutional provision barring individuals with managerial positions or more than 10% stock or financial interest in an employer. IUEC Local 18 alleged that Stern was a licensed contractor and owned at least 10% of Building Owner Elevator Advocates, a consulting firm.

Response: Section 401(e) of the Labor-Management Reporting and Disclosure Act ("LMRDA") provides that every member in good standing shall be eligible to be a candidate and hold office, subject to reasonable qualifications uniformly imposed. 29 U.S.C. § 481(e). It further states that union elections shall be conducted in accordance with their constitution and bylaws "insofar as they are not inconsistent with the provisions of this title." *Id.* IUEC Constitution Article XXVI, Section 14, states that:

> No member of the International Union of Elevator Constructors shall be allowed to have a voice or a vote or attend local union meetings or hold any local union office who is an officer or holds a managerial position with the employer, such as superintendent, or who is an owner, contractor, subcontractor, jobber, partner, stockholder, directly or indirectly, holding more than ten percent of the stock or any member who, directly or indirectly, has more than ten percent financial interest in an employer.

OLMS reviewed IUEC's governing documents and records showing Stern's contractor

license and interviewed Stern, who confirmed that he is a licensed contractor and has 50% ownership in an elevator consulting firm. OLMS confirmed that the International Union interprets this prohibition to apply to owners of businesses within the elevator industry, regardless of whether the employer company is a signatory to Local 18 contracts. As such, OLMS determined that Stern was ineligible to run for Financial Secretary and removed his name from the list of candidates to be included on the ballot.[5]

### C. No Post-Election Protests

The election rules provided for a ten-day period for election protests. The deadline for submitting protests was 3:00 p.m. on June 22, 2024. During this period, no written protests were filed with Election Supervisor Beausoleil.

### Conclusion

The Department has concluded from its investigation that the IUEC Local 18 election of officers, conducted under the Department's supervision, complied with Title IV of the LMRDA and was conducted, insofar as lawful and practicable, in accordance with IUEC Local 18's constitution and bylaws. *See* 29 U.S.C. § 482(c). Therefore, the results of this supervised election should be certified by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

---

[5] Member Frank Belio verbally challenged Ken Michalik's eligibility for office, but did not submit a written protest, OLMS investigated and determined that Michalik previously held a contractor license which had since lapsed, but that Michalik did not hold a position with or have financial stake in an employer in violation of Article XXVI, Section 14. OLMS therefore determined that Michalik was eligible for union office.

Executed on this 26th of August 2024, in the City of Washington, District of Columbia.

_molly wagoner_

_____

Molly Wagoner, Acting Chief
Division of Enforcement
Office of Labor-Management Standards
United States Department of Labor

8