UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE A. SU[1], Secretary of Labor, United States Department of Labor,<br><br>    Plaintiff,<br><br>    v.<br><br>INTERNATIONAL UNION OF ELEVATOR CONSTRUCTORS, LOCAL 18,<br><br>    Defendant. | No. 2:22-cv-01740-FMO-MAA |

# [~~PROPOSED~~] ORDER DECLARING ELECTION RESULTS AND FINAL JUDGMENT

AND NOW, this 26th day of August 2024, upon consideration of the Certification of Election dated August 26, 2024, filed by Plaintiff, Julie Su, Acting Secretary of the United States Department of Labor,

    1.    It is HEREBY DECLARED, pursuant to 29 U.S.C. § 482(c)(2), that the following persons[2] are duly elected officers to the offices designated:

| | |
|---|---|
| Chad Webber | President |
| Christopher "Chris" Ramirez | Vice President |

---

[1] Martin J. Walsh departed the Department of Labor on March 10, 2023. Julie A. Su is now Acting Secretary of Labor. This action proceeds in Su's name as a substituted party, See Fed. R. Civ. P. 25(d).

[2] The candidates' names are precisely as they appeared on the ballot.

| | |
|---|---|
| Steven Morales | Recording Secretary |
| Miguel "Mike" Henderson | Financial Secretary |
| Kenneth "Ken" Michalik | Treasurer |
| Jesse T. Trejo Jr. | Trustee |
| Basil Johnson | Warden |
| John "Chris" Doherty | Business Manager |
| Basil Johnson III | Executive Board |
| Bradley "Brad" McKee | Executive Board |
| Tanja Touch | Executive Board |

2. It is HEREBY ORDERED that this matter is dismissed.

Dated: August 26, 2024

_____
HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE